AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Edward Loving, et al.
*Plaintiff*
v.
3M Company, et al.
*Defendant*

Case No. 2:25-cv-12780-RMG

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward Loving, et al. .

Date: 11/25/2025

/s/ P. Scott Summy
*Attorney's signature*

P. Scott Summy (TX Bar 19507500)
*Printed name and bar number*

3102 Oak Lawn Ave, Ste. 1100
Dallas, TX 75219
*Address*

ssummy@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

(214) 279-9915
*FAX number*